UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAMIREZ, et al., | No. 2:18-cv-00632-KJM-GGH |
| Plaintiffs, | ORDER |
| v. | |
| COUNTY OF EL DORADO, et al., | |
| Defendants. | |

Plaintiffs appear in this action pro se and in forma pauperis. They filed a complaint on March 23, 2018, alleging claims under 42 U.S.C. sections 1983, 1995(3) and 1986 and related state claims. ECF No. 1.

On May 7, 2018, the magistrate judge issued an order with findings and recommendations, recommending that the claims against defendant Hoffman be dismissed without leave to amend as barred by the *Rooker-Feldman* doctrine and judicial immunity principles. ECF No. 4. The parties had twenty-one days to file written objections to the recommendations and were warned that failure to object could waive their rights to appeal this court's order. *Id*. at 4:16-22. No objections have been filed.

/////

1

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304,
2  this court has conducted a de novo review of this case.  Having reviewed the file, the court
3  ADOPTS the findings and recommendations.
4          Accordingly, IT IS HEREBY ORDERED that:
5          1.     The claims against defendant Hoffman are dismissed without leave to
6  amend; and
7          2.     This case is referred back to the assigned magistrate judge for all further
8  pretrial proceedings.
9          IT IS SO ORDERED.
10 DATED:  September 13, 2018.

_____
UNITED STATES DISTRICT JUDGE