UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAMIREZ AND STACEY RAMIREZ, | No. 2:18-CV-00632-KJM-CKD |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF EL DORADO, ET AL., | |
| Defendants. | |

On April 6, 2020, the magistrate judge filed findings and recommendations, which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 54.) Plaintiffs filed objections on April 20, 2020, (ECF No. 55), and defendants responded to the objections on May 4, 2020. (ECF No. 56.) Plaintiffs filed a further reply to defendants' response, which the court did not authorize; the court nevertheless has reviewed the reply. (ECF No 57.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Findings and Recommendations filed April 6, 2020, are ADOPTED;

3    2.  This action is dismissed with prejudice; and

4    3.  The Clerk of Court is directed to close this case.

5   DATED: August 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE